PATRICK H. HICKS, ESQ., Bar # 004632
WENDY MEDURA KRINCEK, ESQ., Bar # 6417
PETER D. NAVARRO, ESQ., Bar # 10168
LITTLER MENDELSON
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811

Attorneys for Defendant
COLE KEPRO INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHY SKILES,<br><br>    Plaintiff,<br><br>vs.<br><br>COLE KEPRO INTERNATIONAL, LLC,<br>a Nevada Limited Liability Company,<br><br>    Defendant. | Case No. 2:11-CV-00547-PMP-VCF<br><br>STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

      Plaintiff Kathy Skiles ("Plaintiff") and Defendant Cole Kepro International, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a) to dismiss, with prejudice, all causes of action asserted in this lawsuit by Plaintiff against Defendant.

      Accordingly, the parties stipulate to and respectfully request an order dismissing this action in its entirety with prejudice as to all parties named herein.

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties agree and acknowledge that each party shall bear their own costs and attorney's fees for the claims and causes of action dismissed by this stipulation and order. Further, the parties request that the Court retain jurisdiction over any disputes arising under the parties' out-of-court resolution of this matter.

Dated: November 11, 2011

Respectfully submitted,

/s/ Michael P. Balaban, Esq.
MICHAEL P. BALABAN, ESQ.

Attorneys for Plaintiff
KATHY SKILES

Dated: November 11, 2011

Respectfully submitted,

/s/ Wendy M. Krincek, Esq.
PATRICK H. HICKS, ESQ.
WENDY MEDURA KRINCEK, ESQ.
PETER D. NAVARRO, ESQ.
LITTLER MENDELSON

Attorneys for Defendant
COLE KEPRO INTERNATIONAL, LLC

ORDER

Dated this 14th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

Firmwide:104784391.1 058159.1004

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.